**AFFIRM; and Opinion Filed September 20, 2013.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00420-CR

**DERRICK ANTHONY WILSON, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Criminal Court No. 9**
**Dallas County, Texas**
**Trial Court Cause No. M11-30363-K**

## MEMORANDUM OPINION
Before Justices Bridges, Fillmore, and Lewis
Opinion by Justice Lewis

Derrick Anthony Wilson was convicted of driving while intoxicated with an open container in the vehicle. Punishment was assessed at 120 days' confinement in jail, probated for twelve months, and an $800 fine. We adopted the trial court's finding that appellant has abandoned the appeal and ordered the appeal submitted without the reporter's record and briefs. *See* TEX. R. APP. P. 37.3(c), 38.8(b)(4). Finding no fundamental error, we affirm the trial court's judgment.

/David Lewis/
DAVID LEWIS
JUSTICE

Do Not Publish
TEX. R. APP. P. 47

130420F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

DERRICK ANTHONY WILSON,
Appellant

No. 05-13-00420-CR      V.

THE STATE OF TEXAS, Appellee

On Appeal from the County Criminal Court
No. 9, Dallas County, Texas
Trial Court Cause No. M11-30363-K.
Opinion delivered by Justice Lewis,
Justices Bridges and Fillmore participating.

Based on the Court's opinion of this date, we **AFFIRM** the trial court's judgment.

Judgment entered this 20th day of September, 2013.

/David Lewis/

DAVID LEWIS
JUSTICE